# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**RAUL NIETO,**

Plaintiff-Appellant,

v.                                                                              **NO. 28,730**

**UNIVERSITY OF NEW MEXICO,**

Defendant-Appellee.


**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Linda M. Vanzi, District Judge**

Gilbert J. Vigil
Christina A. Vigil
Albuquerque, NM

for Appellant

Ann L. Keith
John S. Stiff
Albuquerque, NM

for Appellee


**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the second notice of

proposed summary disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

**Dismissed.**

**IT IS SO ORDERED.**


_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**


_____
**ROBERT E. ROBLES, Judge**


_____
**TIMOTHY L. GARCIA, Judge**